IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br><br> Plaintiffs, <br> vs. <br><br> ENDOR DRYWALL & PAINTING, INC., an Illinois corporation, <br> Defendant. | 08 C 1302 <br> Judge Moran |

**PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AND
FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS and ARNOLD AND KADJAN, move this Court to enter an order of default and judgment in a sum certain against the Defendant. In support of their Motion, the Plaintiffs state as follows:

1. The defendant was served with the Summons and Complain by personal service upon William Cunha, president, on May 30, 2008.

2. More than twenty days have passed since service of the Summons and Complaint and the defendant has not served an Answer or any other responsive pleading.

3. Plaintiffs have attempted to resolve the matter with the defendant by a payment plan but the defendant has ceased communications with Plaintiffs' counsel.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the Defendant owes Plaintiffs the amount of $32,715.87 for the audit period from June 1, 2006 through March 31, 2008, consisting of the following amounts: $25,731.75 for contributions; $3,589.77 for liquidated damages; $765.00 for audit costs; and $2,359.35 for liquidated

damages for the work months of December, 2006 and May, June, and August, 2007.

WHEREFORE, Plaintiffs pray for the following relief:

A.    That the defendant is ordered to be in default; and

B.    That final judgment is entered in favor of Plaintiffs and against the Defendant in the amount of $32,715.87 for the audit ending March 31, 2008. (A proposed order is attached as Exhibit 2).

                                          Respectfully submitted,

                                          S/James R. Anderson
                                          By: One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415