# Exhibit 1

Case 1:08-cv-01302　Document 12-2　Filed 07/10/2008　Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 08 C 1302 |
| | ) | Judge Moran |
| ENDOR DRYWALL & PAINTING, INC., an Illinois corporation, | ) ) ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

## AFFIDAVIT OF RICHARD WOLF

1. Affiant is the principal of RICHARD J. WOLF AND COMPANY, INC., an accounting firm ("the company").

2. The Plaintiffs requested the company to perform a fringe benefit fund contribution compliance audit of the books and records of ENDOR DRYWALL & PAINTING, INC., for the period from June 1, 2006 through March 31, 2008.

3. The audit encompassed an examination of payroll records and comparisons to amounts reported to the Funds.

4. The audit report disclosed that $25,731.75 in contributions are owed to the Funds.

5. According to the Collective Bargaining Agreement and Trust Agreements establishing the Funds, liquidated damages are owed on delinquent contributions. I have computed the amount of liquidated damages owed to be $3,859.77.

6. The Collective Bargaining Agreement also requires that in the event there is

an audit deficiency, the audit costs are to be borne by the employer. The company charged the Funds the amount of $765.00 to complete the audit.

7. We have reviewed the Funds' records and have found that the defendant owes the amount of $2,359.35 is owed to the Funds for liquidated damages for the work months of December, 2006, May, June, and August, 2007.

8. The total amount due and owing to the Funds based on the sum of the amounts listed in paragraphs 6 and 7 is $32,715.87.

9. I am competent to testify to the truth of the foregoing statements.

_____
Richard Wolf

Subscribed and sworn to before me this
9th day of July, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09