# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, </br></br>          Plaintiffs, </br>vs. </br></br>ENDOR DRYWALL & PAINTING, INC., an Illinois corporation, </br>          Defendant. | 08 C 1302 </br>Judge Moran |

### JUDGMENT ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1    Final judgment is entered in favor of Plaintiffs and against the Defendant in the amount of $32,715.87. The judgment amount is limited to the audit period from June 1, 2006 through March 31, 2008.

Enter: _____
           Hon. James B. Moran

Date: _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415