IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | No. 08 C 1302 |
| Plaintiffs, | ) ) | Judge Moran |
| v. | ) ) | |
| ENDOR DRYWALL & PAINTING, INC., an Illinois corporation | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Endor Drywall & Painting, Inc.
c/o its president, William Cunha
8446 N. 400 E. Road
Manteno, IL 60950

**PLEASE TAKE NOTICE** that on **July 17, 2008 at 9:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Moran**, in the **Courtroom 1843** usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS,**

By: s/ James R. Anderson
One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

     I hereby certify that on July 10, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and via facsimile.

> Endor Drywall & Painting, Inc.
> c/o its president, William Cunha
> 8446 N. 400 E. Road
> Manteno, IL 60950

> s/James R. Anderson
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: July 10, 2008