## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1302 | **DATE** | 7/24/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHICAGO PAINTERS... vs. ENDOR DRYWALL & PAINTING, INC. | | |

**DOCKET ENTRY TEXT**

Enter Order Of Dismissal. Case is dismissed without prejudice. The Court retains jurisdiction to enforce the terms of this Order Of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|

08C1302 TRUSTEES OF THE CHICAGO PAINTERS... vs. ENDOR DRYWALL & PAINTING, INC.    Page 1 of 1