IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) | 08 C 1302 |
| Plaintiffs, | ) | Judge Moran |
| vs. | ) ) | |
| | ) | Magistrate Judge Nolan |
| | ) | |
| ENDOR DRYWALL & PAINTING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER OF DISMISSAL

This cause, coming to be heard upon the request of the parties, the Court being advised that the parties wish to settle this dispute,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs are the TRUSTEES OF CHICAGO PAINTERS AND DECORATORS PENSION TRUST FUND et al, (the "Funds"). The Defendant is ENDOR DRYWALL & PAINTING, INC., ("ENDOR"), an Illinois corporation. WILLIAM CUNHA is the president of ENDOR.

2. The defendant has s been served with the Summons and Complaint and has neither appeared nor answered.

3. Without any admission of liability and solely to compromise a disputed claim, the defendant and WILLIAM CUNHA have agreed to pay to Plaintiffs the principal sum of TWENTY NINE THOUSAND SEVEN HUNDRED SEVENTY ONE DOLLARS AND and 38/100 ($29,771.38), and interest, pursuant to the terms of the Installment Note executed by ENDOR and CUNHA. A copy is attached as Exhibit 1.

4. This Order of Dismissal requires that defendant pay to Plaintiffs the following amounts: $3,000.00 on or before July 1, 2008; (which has been received); $1,794.19 per month starting on August 1, 2008 and $1,794.19 on the first of each month thereafter, with a final payment of $1,794.19 due on November 1, 2009.

5. This action is dismissed without prejudice for the audit period ending March 31, 2008, provided, however, that in the event that Defendant defaults on the installment payment schedule as set forth in the attached installment note and as referenced in paragraphs 3 and 4, above the Plaintiffs may, with notice, move to reinstate this action for the limited purpose of entering judgment on the unpaid balance due on the note. In the event that no motion to reinstate or motion to extend the time to move to reinstate is filed by December 15, 2009, the dismissal will become final and with prejudice for the amounts referenced in the installment note for the period ending March 31, 2008, provided, however, that nothing in this Order prohibits the Plaintiffs from conducting an audit of the defendant's books and records for the period beginning April 1, 2008 and thereafter, and filing an action to recover amounts owed if, any for that period of time and thereafter; and

6. The Court retains jurisdiction to enforce the terms of this Order of Dismissal.

Enter: _____
Hon. James B. Moran

Date: July 24, 2008

S/James R. Anderson
DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415

# Exhibit 1

## INSTALLMENT NOTE

($31,707.04)                                                                                      July 1, 2008

For Value Received, the undersigned promises to pay to the order of **Chicago Painters and Decorators Fringe Benefit Funds** the principal sum of _Twenty Nine Thousand Seven Hundred Seventy One and 38/100 Dollars ($29,771.38)_ Dollars, payable in installments as follows: Three Thousand Dollars and 00/100 ($3,000.00) on the 1st day of July, 2008; One Thousand Seven Hundred Ninety Four Dollars and 19/100 ($1,794.19) on the 1st day of August, 2008; One Thousand Seven Hundred Ninety Four and 19/100 Dollars ($1,794.19) on the 1st day of each month beginning on the 1st day of September, 2008; and on the 1st of each month for 13 months succeeding; and a final payment of One Thousand Seven Hundred Ninety Four and 19/100 ($1,794.19) on the 1st day of November, 2009, with interest on the balance of principal remaining from time to time unpaid at the rate of **10%** per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 10% per annum. **Failure to timely pay monthly fringe benefit contributions as they become due shall constitute an event of default.** Payments of both principal and interest shall be delivered to Arnold and Kadjan, 19 West Jackson Boulevard, Suite 300, Chicago, Illinois 60604 or such other place as the legal holder hereof may from time to time in writing appoint.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

The makers of this Note acknowledge the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income Security Act, 29 U.S.C. 1145.

For: Audit & late fees: 06/06-03/08

ENDOR DRYWALL & PAINTING, INC., by           WILLIAM CUNHA, Individually
WILLIAM CUNHA, officer

5050-2555, P.O. Box 608, Manteno, IL 60950, (815)468-2703